FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP 3 A 11:50

CLERK'S OFFICE
AT BALTIMORE
BY ____

POWERS & FROST, LLP
Patrick C. Smith (Bar No. 02054)
Michael A. Stodghill (Bar No. 25295)
502 Washington Avenue, Suite 200
Towson, MD 21204
Telephone: (443) 279-9700
Facsimile: (443) 279-9704

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DAROLD HARRIS AND JAMES KAZOL, Derivatively on Behalf of Municipal Mortgage & Equity, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Mark K. Joseph, Michael L. Falcone, Richard O. Berndt, Charles C. Baum, Eddie C. Brown, Robert S. Hillman, Barbara B. Lucas, Douglas A. McGregor, Arthur S. Mehlman, Earl W. Cole, David Kay, Stephen Goldberg, Melanie H. Lundquist, William S. Harrison, Charles M. Pinckney and Fred N. Pratt, Jr. <br><br> Defendants, <br><br> And <br><br> MUNICIPAL MORTGAGE & EQUITY, LLC. <br> (Baltimore County) <br><br> Nominal Defendant | Case No.: 1:08-01258-MJG |

## [PROPOSED] ORDER VOLUNTARILY DISMISSING DERIVATIVE ACTION WITHOUT PREJUDICE

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (the "Motion"), it IS this <u>2nd</u> day of <u>September</u>, 2008, by the United States District Court for the District of Maryland, ORDERED:

1. That the Motion BE, and it hereby IS, GRANTED; and

2. That this case BE, and it hereby IS, DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2) and 23.1, each party to bear its own costs; and

3. That, pursuant to Fed. R. Civ. P. 23.1, notice of this dismissal to all other shareholders shall not be required, given the pendency of three other substantially identical shareholder derivative suits in this Court.

_____/s/_____
The Honorable Marvin J. Garbis
United States District Judge